IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CV-00178-BO

| | | |
|---|---|---|
| VERONICA PITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR PAYMENT OF |
| | ) | ATTORNEY FEES UNDER THE |
| KILOLO KIJAKAZI,[1] | ) | EQUAL ACCESS TO JUSTICE ACT |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,900.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte W. Hall, and mailed to her office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this __18__ day of August, 2021

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

---

[1] Kilolo Kijakazi is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).